UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

**Order Filed on February 5, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Marc E. Mathelier,

Case No.: _____17-36034_____

Chapter: _____13_____

Judge: _____SLM_____

## <u>LOSS MITIGATION ORDER</u>

The relief set forth on the following pages, numbered 2 and 3, is hereby **ORDERED**.

**DATED: February 5, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

☑ A Notice of Request for Loss Mitigation was filed by the debtor on ___1 / 19 / 2018___ .

❑ A Notice of Request for Loss Mitigation was filed by the creditor, ___XXX___ on
_____ .

❑ The court raised the issue of Loss Mitigation, and the parties having had notice and an opportunity to
object, and the Court having reviewed any objections thereto.

The Request concerns the following:

Property: 15 Barry Drive, West Orange NJ 07052

Creditor: SLS

❑ It is hereby ORDERED that the Notice of Request for Loss Mitigation is denied.

XXX It is hereby ORDERED that the Notice of Request for Loss Mitigation is granted, and:

- The debtor and creditor listed above are directed to participate in Loss Mitigation and are bound
  by the court's *Loss Mitigation Program and Procedures* (LMP).

- The Loss Mitigation process shall terminate on 5/5/2018 (90 days from the date of the
  entry of this order, unless extended as set forth in Section IX.B. of the LMP.

- The debtor must make adequate protection payments to the creditor during the Loss Mitigation
  Period in the amount set forth in the *Notice and Request for Loss Mitigation*. See Sections
  V.A.1.a and VII.B. of the LMP.

- If a relief from stay motion pursuant to section 362(d) is pending upon entry of this Order or if
  such a motion is filed during the loss mitigation period, the court may condition the stay upon
  compliance by the debtor with the fulfillment of the debtor's obligations under the Loss
  Mitigation Order. If the debtor fails to comply with the loss mitigation process and this Order, the
  creditor may apply to terminate the Order as specified in Section IX.C of the LMP and to obtain
  relief from the stay.

- Within 14 days of termination of the loss mitigation period, the debtor must file with the court and
  serve all interested parties, the Local Form, *Loss Mitigation Final Report* as set forth in Section
  VII.C. of the LMP.

- Extension of the LMP may be requested as specified in Section IX.B of the LMP.

2

XX☐  It is ORDERED that parties shall utilize the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall ensure that it is registered on the loss mitigation portal and that all of its initial loss mitigation document requirements are available on the portal.

- Within 35 days of the date of this order, the debtor shall upload and submit through the loss mitigation portal a completed Creditor's Initial Package.

- Within 10 business days of the debtor's submission of the Creditor's Initial Package, the creditor shall acknowledge receipt of same and designate the single point of contact for debtor's review.

☐  It is ORDERED that the debtor is excused from use of the Loss Mitigation Portal during the Loss Mitigation Period, and it is further ORDERED that:

- Within 14 days of the date of this order, the creditor shall designate a single point of contact, including the name and contact information of the contact and shall specify to the debtor the forms and documentation the creditor requires to initiate a review of the debtor's loss mitigation options.

- Within 21 days after receipt of the creditor's specifications regarding forms and documentation, the debtor shall provide the requested information.

- Within 10 business days of the debtor's submission, the creditor shall acknowledge receipt of the documentation.

*Revised 9/19/13*

3