UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone (908) 351-1984, Fax: (908) 351-1982
Attorney for the Debtor

**Order Filed on May 21, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

Marc E. Mathelier,

Case No.:    17-36034 (SLM)

Chapter:    13

Judge:    Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 21, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2 / 5 / 2018_____ :

Property:     15 Barry Drive, West Orange NJ 07052

Creditor:     The Bank of NY Mellon

and a Request for

☑ Extension of the 90 day Loss Mitigation Period having been filed by _____the debtor_____,
and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____August 5, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*