UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

**Order Filed on November 14, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:
Marc E. Mathelier,

Case No.: 17-36034 (SLM)

Chapter: 13

Judge: ~~SXM~~ Stacey L. Meisel

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2018**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___5 / 21 / 2018___ :

Property: ___15 Barry Drive, West Orange NJ 07052___

Creditor: ___Bank of NY Mellon___

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ___the debtor___, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___January 29, 2019___.

The Loss Mitigation Period is terminated, effective _____.

*Revised 9/19/13*

2