UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-1984
Fax: (908) 351-1982
Attorney for the Debtor

In Re:

Marc. E. Mathelier,

Order Filed on March 25, 2019
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No.: 17-36034

Chapter: 13

Judge: SLM

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 25, 2019**

/s/ Stacey L. Meisel
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  11 / 14 / 2018  :

Property: 15 Barry Drive, West Orange NJ 07052

Creditor: The Bank of NY Mellon

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____the debtor____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including June 18, 2019 .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*