Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  17−36034−SLM
    Chapter:  13
    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marc E Mathelier
   15 Barry Dr
   West Orange, NJ 07052

Social Security No.:
   xxx−xx−6088

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/15/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 15, 2019
JAN: rah

    Jeanne Naughton
    Clerk

Case 17-36034-SLM    Doc 66    Filed 08/17/19    Entered 08/18/19 00:28:39    Desc Imaged
                         Certificate of Notice    Page 2 of 3


United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-36034-SLM
Marc E Mathelier                                                      Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Aug 15, 2019
                              Form ID: 148             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.

```
db            +Marc E Mathelier,    15 Barry Dr,    West Orange, NJ 07052-3523
517255707     +Alpha Health Associates, LLC,    P.O. Box 95000,    Phhiladelphia, PA 19195-0001
517255708     +At Home Medical,    200 American Road,    Morris Plains, NJ 07950-2449
517255710     +Bank Of America,    P.O. Box 660694,    Dallas, TX 75266-0694
517255711      Capital Health Regional Med. Cnter,    PO Box 785831,    Philadelphia, PA 19178-5831
517255714     +Dish Network,    404 Brock Drive, P.O. Box 3517,    C/O Enhanced Recovery Co., LLC,
               Southgate, MI 48195-5517
517255715     +EKG Interpretation Group,    P.O. Box 512619,    Philadelphia, PA 19175-2619
517255716      EMA,    PO Box 5333,    Parsippany, NJ 07054-6333
517255718     +Emergency Medical Associates,    P.O. Box 717,    Livingston, NJ 07039-0717
517255717     +Emergency Medical Associates,    P.O. Box 2137 C/O B & B Collections, Inc,
               Toms River, NJ 08754-2137
517255720     +GEMB/P.C. Richard & Son,    3000 Corporate Exchange Drive,    Attn: Allied Interstate,
               Columbus, OH 43231-7689
517255722     +Litton Loan Servicing, LP,    4828 Loop Central Drive,
               Attn.: Customer Assistance Response Team,    Houston, TX 77081-2166
517255725      New Jersey's Hospital Service Corp.,    4806 Megill Road, Wall Township,    Neptune, NJ  07753
517255726      Robert Wood Johnson Health Net,    PO Box 251,    South Amboy, NJ  08879-0251
517255728     +St. Barnabas Medical Center,    Notchview Ofc Pk, 1035 Rt 46 E; POB 2594,
               C/O Celentano, Stadtmauer & Walentowicz,    Clifton, NJ 07015-2594
517376641      St. Barnabas Medical Center,    c/o Celentano, Stadtmauer & Walentowicz,,
               1035 Route 46 East, P.O. Box 2594,    Clifton, NJ 07015-2594
517289179     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517255730     +The Eye Care Center Of New Jersey,    108 Broughton Avenue,    Bloomfield, NJ 07003-3989
517255731     +The Miller Center for Esthetic Excellenc,    22 Old Short Hills Road, Ste 206,
               Livingston, NJ 07039-5605
517255732     +The Mobil Solution,    333 Washington Blvd., PMB 153,    C/O United Financial Service,
               Marina Del Rey, CA 90292-5152
517255733     +West Orange Fire Department,    P.O. Box 949,    Matawan, NJ 07747-0949
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2019 23:57:19     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2019 23:57:16     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517255709     +EDI: BANKAMER.COM Aug 16 2019 03:28:00      Bank Of America,    P.O. Box 15026,
               Wilmington, DE 19850-5026
517255712     +EDI: CAPITALONE.COM Aug 16 2019 03:28:00      Capital One Bank, USA,    P.O. Box 71083,
               C/O Global Credit & Collection Corp.,    Charlotte, NC 28272-1083
517255713     +EDI: CAPITALONE.COM Aug 16 2019 03:28:00      Capital One Bank, USA,    P.O. Box 85167,
               C/O Bankruptcy Claims Servicer,    Richmond, VA 23285-5167
517255719     +EDI: RMSC.COM Aug 16 2019 03:28:00      GE Money Bank,    P.O. Box 965013,
               Orlando, FL 32896-5013
517255721     +EDI: HFC.COM Aug 16 2019 03:28:00      HSBC,    P.O. Box 5253,    Carol Stream, IL 60197-5253
517255723     +E-mail/Text: bankruptcy@optimarecoveryservices.com Aug 15 2019 23:57:28
               Medical Imaging Consultants Of Essex,    P.O. Box 52968,    C/O Optima Recovery Services,
               Knoxville, TN 37950-2968
517255724     +E-mail/Text: mreed@affcollections.com Aug 15 2019 23:57:21     Morristown Memorial Hospital,
               17 Prospect Street,    C/O Accurate Collection Services,    Morristown, NJ 07960-6862
517299503      EDI: PRA.COM Aug 16 2019 03:28:00      Portfolio Recovery Associates, LLC,
               c/o Hsbc Bank Nevada, N.a,    POB 41067,    Norfolk VA 23541
517299504      EDI: PRA.COM Aug 16 2019 03:28:00      Portfolio Recovery Associates, LLC,    c/o Pc Richards,
               POB 41067,    Norfolk VA 23541
517255727     +E-mail/Text: ebn@rwjbh.org Aug 15 2019 23:57:40     St. Barnabas Medical Center,    P.O. Box 903,
               Oceanport, NJ 07757-0903
517257152     +EDI: RMSC.COM Aug 16 2019 03:28:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
517255729      EDI: AISTMBL.COM Aug 16 2019 03:28:00      T-Mobile,    P.O. Box 742596,    Cincinnati, OH  45274
517373277     +EDI: AIS.COM Aug 16 2019 03:28:00      Verizon,    by American InfoSource LP as agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 15
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-2          User: admin              Page 2 of 2            Date Rcvd: Aug 15, 2019
                              Form ID: 148             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2006-14 dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Donald C. Goins    on behalf of Debtor Marc E Mathelier dcgoins1@gmail.com,
               G25787@notify.cincompass.com
              Marie-Ann   Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2006-14 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5
```